IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CRISWELL COLLEGE**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:16-CV-2190-L** |
| | § | |
| **GUIDEONE MUTUAL INSURANCE COMPANY and PAUL ANDERSON,** | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the court is the parties' Joint Motion to Abate Proceedings Pending Appraisal, filed January 25, 2017. The parties seek to abate this case indefinitely. The court is not opposed to the relief sought by the parties; however, rather than abate the action, the court will administratively close it. The age of a case continues to accrue if it is merely abated; however, if it is administratively closed, the time is tolled, and the case does not age. Accordingly, the court determines that this case should be, and is hereby, **administratively closed,** and all deadlines are **suspended**. The United States District Clerk is hereby **instructed** to submit JS-6 form to the Administrative Office, thereby removing this case from the statistical records. Nothing in this order shall be considered a dismissal or disposition of this case, and, should further proceedings in it become necessary or desirable, any party may file a motion to reopen the case to initiate such further proceedings, or the court may take such action *sua sponte*.

**It is so ordered** this 26th day of January, 2017.

Sam A. Lindsay
United States District Judge

Order – Solo Page